IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) ) |
| 3V, INC., a Delaware Corporation, | ) ) |
| Defendant. | ) ) ) |

C.A. No. 06-00629-JJF

## CIBA SPECIALTY CHEMICALS CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

Pursuant to Fed. R. Civ. P. 7.1(a), CIBA Specialty Chemicals Corporation advises the Court that it is wholly owned by CIBA Specialty Chemicals International Inc. which is a wholly owned subsidiary of CIBA Specialty Chemicals Holding, Inc.

CIBA Specialty Chemicals Corporation further advises the Court that no publicly held corporation not a party to this action has a financial interest in the outcome.

/s/ signature

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Plaintiff

*Of Counsel*:
Alan E. J. Branigan
Brion Heaney
Richard J. Traverso
Michael Culver
Millen White Zelano & Branigan, P.C.
2200 Clarendon Blvd.
Suite 1400
Arlington, VA 22201

Dated: November 28, 2006

RLF1-3086508-1

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

I hereby certify that on November 28, 2006, I sent the foregoing document by electronic mail, to the following non-registered participants:

### BY FEDERAL EXPRESS

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

_____
Chad M. Shandler (#3796)
shander@rlf.com

RLF1-3070355-1