IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation,<br><br>        Cross-Plaintiff<br><br>    v.<br><br>3V, INC., a Delaware Corporation,<br><br>        Cross-Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-00629-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### 3V, INC.'S DISCLOSURE STATEMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)

COMES NOW the Defendant, 3V, Inc., by counsel, pursuant to Fed. R. Civ. P. 7.1(a), and advises the Court that 3V, Inc. is a wholly owned subsidiary of 3V SIGMA, S.p.A., Via A. Moro, 28, 24030 Mozzo (BG) Italy, which is in turn wholly owned by 3V Partecipazioni Industriali, S.p.A., Via A. Moro, 28, 24030 Mozzo (BG) Italy.

3V, Inc. further advises the Court that no publicly held corporation not a party to this action has a financial interest in the outcome.

Dated: December 1, 2006        STEVENS & LEE, P.C.

                                             By:  */s/ Joseph Grey*
                                             Joseph Grey (ID 2358)
                                             1105 North Market Street, Seventh Floor
                                             Wilmington, DE  19801
                                             Telephone:  (302) 654-5180

                                             Raymond C. Stewart
                                             Quentin R. Corrie
                                             Birch, Stewart, Kolasch & Birch, LLP
                                             8110 Gatehouse Road, Suite 100 East
                                             Falls Church, VA 22040-0747
                                             (703) 205-8000

                                             *Counsel for the Cross-Defendant 3V, Inc.*

## CERTIFICATE OF SERVICE

    I, Joseph Grey, hereby certify that, on the fourth day of December, 2006, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Disclosure Statement to be served on the Cross-Plaintiff by first class, United States mail, postage prepaid and addressed to Cross-Plaintiff's counsel as follows:

    Chad M. Shandler, Esquire
    Richards Layton & Finger
    One Rodney Square, 10th Floor
    P.O. Box 551
    Wilmington, DE  19899

    Alan E.J. Branigan, Esquire
    Brion Heaney, Esquire
    Michael Culver, Esquire
    Millen White Zelano & Branigan, P.C.
    2200 Clarendon Boulevard
    Suite 1400
    Arlington, VA  22201

    */s/ Joseph Grey*
    Joseph Grey