IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00593-JJF |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Defendants. | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00629-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00672-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 20, 2007 true and correct copies of Plaintiff Ciba Specialty Chemicals Corporation's First Set of Interrogatories to 3V, Inc., First Request for Production of Documents and Things and First Requests for Admissions Under Rule 36 were served on counsel in the following manner:

RLF1-3129076-1

**BY HAND by Chad M. Shandler, Esq. of Richards, Layton & Finger, P.A.:**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

**BY HAND by Alan E.J. Branigan, Esq. of Millen White Zelano & Branigan, P.C.:**

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

/s/ Chad M. Shandler
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals Corporation

Dated: March 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2007, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### HAND DELIVERY:

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801


I hereby certify that on March 21, 2007, I have served by Federal Express the foregoing Notice of Service to the following non-registered participants:

### FEDERAL EXPRESS:

Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

_____
Chad M. Shandler (#3796)
shandler@rlf.com