IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3V, INC., a Delaware Corporation,<br><br>        Plaintiff<br><br>        v.<br><br>CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br><br>        Defendant. | C.A. No. 06-00593-JJF |
| CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br><br>        Cross-Plaintiff<br><br>        v.<br><br>3V, INC., a Delaware Corporation,<br><br>        Cross-Defendant. | C.A. No. 06-00629-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that, on May 1, 2007, true and correct copies of the Plaintiff 3V Inc.'s ("3V's") Responses to the Defendants' Requests for Admissions were served by e-mail and first class United States mail, postage prepaid, upon counsel for CIBA Specialty Chemicals Corporation ("CIBA") at the addresses listed below.

PLEASE TAKE FURTHER NOTICE, that, on May 3, 2007, true and correct copies of 3V Inc.'s Responses to CIBA's First Set of Interrogatories were served by e-mail and first class United States mail, postage prepaid, upon counsel for CIBA at the addresses listed below.

PLEASE TAKE NOTICE, that, on May 4, 2007, true and correct copies of 3V Inc.'s Responses to CIBA's Requests for Production of Documents were served by e-mail and first class United States mail, postage prepaid, upon counsel for CIBA at the addresses listed below.

The discovery responses referenced above were sent to CIBA's counsel at the following addresses:

>   Chad M. Shandler, Esquire
>   Richards Layton & Finger
>   One Rodney Square, 10th Floor
>   P.O. Box 551
>   Wilmington, DE  19899
>   E-Mail:  Shandler@rlf.com
>
>   Alan E.J. Branigan, Esquire
>   Millen White Zelano & Branigan, P.C.
>   2200 Clarendon Boulevard
>   Suite 1400
>   Arlington, VA  22201
>   E-Mail:  branigan@mwzb.com

Dated:  May 7, 2007

| STEVENS & LEE, P.C. | BIRCH, STEWART, KOLASCH & BIRCH, LLP |
|---|---|
| By:  */s/ Joseph Grey* <br> Joseph Grey (ID 2358) <br> 1105 North Market Street, Seventh Floor <br> Wilmington, DE  19801 <br> Telephone:  (302) 654-5180 <br> Telecopier:  (302) 654-5181 <br> E-Mail:  jg@stevenslee.com | Raymond C. Stewart <br> Quentin R. Corrie <br> 8110 Gatehouse Road, Suite 100 East <br> Falls Church, VA 22040-0747 <br> (703) 205-8000 |

2

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 7th day of May, 2007, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Notice of Service to be served on counsel for the Defendant and Counterclaim-Plaintiff by first class, United States mail, postage prepaid and addressed as follows:

> Chad M. Shandler, Esquire
> Richards Layton & Finger
> One Rodney Square, 10th Floor
> P.O. Box 551
> Wilmington, DE  19899
>
> Alan E.J. Branigan, Esquire
> Millen White Zelano & Branigan, P.C.
> 2200 Clarendon Boulevard
> Suite 1400
> Arlington, VA  22201

>    /s/ Joseph Grey
> Joseph Grey