IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No.06-00593-JJF |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, Defendants. | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No.06-00629-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No.06-00672-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 29, 2007 true and correct copies of Ciba Specialty Chemicals Corporation's Supplemental Response to 3V's Interrogatory 15 was served on counsel in the following manner:

RLF1-3173390-1

**BY HAND:**
Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals Corporation

Dated: July 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### HAND DELIVERY:

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE  19801

_____
Chad M. Shandler (#3796)
shandler@rlf.com