**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **3V, INC., a Delaware Corporation,**           ) <br> ) <br> **Plaintiff**           ) <br> ) <br> v.           ) <br> ) <br> **CIBA SPECIALTY CHEMICALS** ) <br> **CORPORATION, a Delaware Corporation,** ) <br> ) <br> **Defendant.**           ) <br> _____ ) | **C.A. No. 06-00593-JJF** |
| **CIBA SPECIALTY CHEMICALS** ) <br> **CORPORATION, a Delaware Corporation,** ) <br> ) <br> **Cross-Plaintiff**           ) <br> ) <br> v.           ) <br> ) <br> **3V, INC., a Delaware Corporation,**           ) <br> ) <br> **Cross-Defendant.**           ) <br> _____ ) | **C.A. No. 06-00629-JJF** |
| **CIBA SPECIALTY CHEMICALS** ) <br> **CORPORATION, a Delaware Corporation,** ) <br> ) <br> **Plaintiff**           ) <br> ) <br> v.           ) <br> ) <br> **3V, INC., a Delaware Corporation,**           ) <br> ) <br> **Defendant.**           ) <br> _____ ) | **C.A. No. 06-672-JJF** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Sara Centioni Kanos, Esquire and Angelica M. Colwell, Esquire of Nexsen Pruet LLC to represent 3V, Inc. in these actions.

SL1 734859v1/101873.00001

Dated: July 6, 2007                                STEVENS & LEE, P.C.


                                                   By:  */s/ Joseph Grey*
                                                   Joseph Grey (ID 2358)
                                                   1105 North Market Street, Seventh Floor
                                                   Wilmington, DE  19801
                                                   Telephone:  (302) 654-5180
                                                   Telecopier:  (302) 654-5181
                                                   E-Mail:  jg@stevenslee.com

                                                   NEXSEN PRUET, LLC
                                                   Angelica M. Colwell, Esquire
                                                   205 King Street
                                                   Suite 400
                                                   Charleston, South Carolina, 29401
                                                   Telephone:  (843) 577-9440
                                                   Facsimile:  (843) 720-1777
                                                   acolwell@nexsenpruet.com

                                                   Sara Centioni Kanos, Esquire
                                                   201 W. McBee Avenue, Suite 400
                                                   Greenville, SC 29601
                                                   Telephone:  (864) 282-1171
                                                   Facsimile:  (864) 282-1177
                                                   scentioni@nexsenpruet.com
                                                   *Counsel for 3V, Inc.*


**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that 3V, Inc.'s Motion for admission pro hac vice is granted. Sara Centioni Kanos, Esquire and Angelica M. Colwell, Esquire are hereby admitted to represent Plaintiff 3V, Inc., pursuant to Rule 83.5 of the Local Rules of Civil Procedure of the United States District Court for the District of Delaware.


        Date: _____        _____
                                           Joseph J. Farnan, Jr.
                                           United States District Judge


SL1 734859v1/101873.00001

## **CERTIFICATION**

    I, Sara Centioni Kanos, hereby certify pursuant to Local Rule 83.5 that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina and the United States Patent and Trademark Office and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court upon the filing of this Motion.

Date: July 6, 2007        Signed: /Sara Centioni Kanos/
                                                Sara Centioni Kanos

**Error! Unknown document property name.**

## CERTIFICATION

I, Angelica M. Colwell, hereby certify pursuant to Local Rule 83.5 that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of South Carolina and Michigan, the United States District Courts for the District of South Carolina, the Northern District of Ohio and the Eastern District of Michigan, and the United States Patent and Trademark Office. In addition, I am admitted as an inactive member of the Bar of the State of Ohio. I further certify that, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court upon the filing of this Motion.

Date: July 6th, 2007          Signed: _____
                                      Angelica M. Colwell

CERTIFICATE OF SERVICE

    I, Joseph Grey, hereby certify that, on the 6th day of July, 2007, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Motion to be served on counsel for CIBA Specialty Chemicals Corporation by first class, United States mail, postage prepaid and addressed to CIBA's counsel as follows:

        Chad M. Shandler, Esquire
        Richards Layton & Finger
        One Rodney Square, 10th Floor
        P.O. Box 551
        Wilmington, DE  19899

        Alan E.J. Branigan, Esquire
        Brion Heaney, Esquire
        Michael Culver, Esquire
        Millen White Zelano & Branigan, P.C.
        2200 Clarendon Boulevard
        Suite 1400
        Arlington, VA  22201


        */s/ Joseph Grey*
        Joseph Grey