**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-00593-JJF |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Cross-Plaintiff | ) | |
| | ) | C.A. No. 06-00629-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Cross-Defendant. | ) | |
| _____ | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | C.A. No. 06-672-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on August 3, 2007, counsel for 3V, Inc. served

copies of its Responses to CIBA Specialty Chemicals Corporation's (CIBA's) Second

Requests for Admission by sending copies of the same to CIBA's counsel at the

following addresses by UPS, Second Day Air Service:

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
One Rodney Square, 10th Floor
Wilmington, DE  19899

Millen White Zelano & Branigan, P.C.
Alan E.J. Branigan, Esquire
Brion Heaney, Esquire
Michael Culver, Esquire
220 Clarendon Boulevard, Ste. 1400
Arlington, VA  22201


Dated:  August 7, 2007


        STEVENS & LEE, P.C.


        By:   */s/ Joseph Grey*
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Telecopier:  (302) 654-5181
E-Mail:  jg@stevenslee.com

NEXSEN PRUET, LLC
Angelica M. Colwell, Esquire
205 King Street
Suite 400
Charleston, South Carolina, 29401
Telephone:  (843) 577-9440
Facsimile:  (843) 720-1777
acolwell@nexsenpruet.com

Sara Centioni Kanos, Esquire
201 W. McBee Avenue, Suite 400
Greenville, SC 29601
Telephone:  (864) 282-1171
Facsimile:  (864) 282-1177
scentioni@nexsenpruet.com

*Attorneys for 3V, Inc.*

2

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 7th day of August, 2007, and in addition to the

service provided by the Court's MC/ECF system, I caused true and correct copies of the

foregoing Notice of Service to be served on counsel for CIBA Specialty Chemicals Corporation

by first class, United States mail, postage prepaid and addressed as follows:

Chad M. Shandler, Esquire
Richards Layton & Finger
One Rodney Square, 10th Floor
P.O. Box 551
Wilmington, DE 19899

Alan E.J. Branigan, Esquire
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA 22201

_/s/ Joseph Grey_____
Joseph Grey