# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **C.A. No. 06-00593-JJF** |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| **Cross-Plaintiff** | ) | |
| | ) | **C.A. No. 06-00629-JJF** |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| **Cross-Defendant.** | ) | |
| _____ | ) | |
| CIBA SPECIALTY CHEMICALS | ) | |
| CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **C.A. No. 06-672-JJF** |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on January 31, 2008, counsel for 3V, Inc. served

copies of its First Requests for Admission upon CIBA Specialty Chemicals Corporation

(CIBA) by sending copies of the same to CIBA's counsel at the following addresses and

by the means indicated below:

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
One Rodney Square, 10th Floor
Wilmington, DE  19899
BY HAND DELIVERY

Millen White Zelano & Branigan, P.C.
Alan E.J. Branigan, Esquire
Brion Heaney, Esquire
Michael Culver, Esquire
220 Clarendon Boulevard, Ste. 1400
Arlington, VA  22201
BY FEDERAL EXPRESS

Dated:  January 31, 2008                STEVENS & LEE, P.C.


By:    _/s/ Joseph Grey_____
Joseph Grey (ID 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE  19801
Telephone:  (302) 654-5180
Telecopier:  (302) 654-5181
E-Mail:  jg@stevenslee.com

NEXSEN PRUET, LLC
Angelica M. Colwell, Esquire
205 King Street
Suite 400
Charleston, South Carolina, 29401
Telephone:  (843) 577-9440
Facsimile:  (843) 720-1777
acolwell@nexsenpruet.com

Sara Centioni Kanos, Esquire
201 W. McBee Avenue, Suite 400
Greenville, SC 29601
Telephone:  (864) 282-1171
Facsimile:  (864) 282-1177
scentioni@nexsenpruet.com

*Attorneys for 3V, Inc.*

2

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 31st day of January, 2008, and in addition to the service provided by the Court's MC/ECF system, I caused true and correct copies of the foregoing Notice of Service to be served on counsel for CIBA Specialty Chemicals Corporation by the means indicated below:

Chad M. Shandler, Esquire
Richards Layton & Finger
One Rodney Square, 10th Floor
P.O. Box 551
Wilmington, DE  19899
BY HAND DELIVERY

Alan E.J. Branigan, Esquire
Millen White Zelano & Branigan, P.C.
2200 Clarendon Boulevard
Suite 1400
Arlington, VA  22201
BY FEDERAL EXPRESS

 /s/  Joseph Grey
Joseph Grey