IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00593-JJF |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, Defendants. | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00629-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |
| | | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-00672-JJF |
| 3V, INC., a Delaware Corporation, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 3, 2008 true and correct copies of Ciba Specialty Chemicals Corporation's Responses and Objections to 3V's Requests for Admissions was served on counsel in the following manner:

RLF1-3258988-1

**BY HAND:**
Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE  19801

| | |
|---|---|
| **BY FEDERAL EXPRESS**<br>Angelica M. Colwell<br>Nexsen Pruet, LLC<br>205 King Street, Suite 400<br>Charleston, SC  29401 | **BY FEDERAL EXPRESS**<br>Sara Centioni Kanos<br>201 W. McBee Avenue, Suite 400<br>Greenville, SC  29601 |

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals
Corporation

*Of Counsel:*
Alan E. J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Blvd.
Suite 1400
Arlington, VA 22201
(703) 312-5305

Dated: March 3, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Joseph Grey
>Stevens & Lee
>1105 North Market Street
>7th Floor
>Wilmington, DE 19801

I hereby certify that on March 3, 2008, the foregoing documents will be sent by Federal Express to the following non-registered participants:

| | |
|---|---|
| Angelica M. Colwell<br>Nexsen Pruet, LLC<br>205 King Street, Suite 400<br>Charleston, SC 29401 | Sara Centioni Kanos<br>201 W. McBee Avenue, Suite 400<br>Greenville, SC 29601 |

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
shandler@rlf.com

RLF1-3258988-1