IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.06-00593-JJF |
| CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>3V, INC., a Delaware Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.06-00629-JJF |
| CIBA SPECIALTY CHEMICALS<br>CORPORATION, a Delaware Corporation,<br><br>Plaintiff<br><br>v.<br><br>3V, INC., a Delaware Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No.06-00672-JJF |

## NOTICE OF DOCUMENT PRODUCTION

**PLEASE TAKE NOTICE** that Ciba Specialty Chemicals Corporation, in response to 3V, Inc.'s Request for Production of Documents, produced documents bearing Bates numbers C001011 to C017291 to lead counsel of record for 3V, Inc. on March 3, 2008.

RLF1-3258993-1

*Of Counsel:*
Alan E. J. Branigan
Brion Heaney
Richard J. Traverso
Millen White Zelano & Branigan, P.C.
2200 Clarendon Blvd.
Suite 1400
Arlington, VA 22201
(703) 312-5305

/s/
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals Corporation

Dated: March 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Joseph Grey
>Stevens & Lee
>1105 North Market Street
>7th Floor
>Wilmington, DE 19801

I hereby certify that on March 5, 2008, the foregoing documents will be sent by Federal Express to the following non-registered participants:

| | |
|---|---|
| Angelica M. Colwell<br>Nexsen Pruet, LLC<br>205 King Street, Suite 400<br>Charleston, SC 29401 | Sara Centioni Kanos<br>201 W. McBee Avenue, Suite 400<br>Greenville, SC 29601 |

_____
Chad M. Shandler (#3796)
shandler@rlf.com