IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 00593-JJF |
| v. | ) | |
| | ) | |
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-672-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, a Delaware Corporation, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | C.A. No. 06-00629-JJF |
| v. | ) | |
| | ) | |
| 3V, INC., a Delaware Corporation, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

## CIBA'S NOTICE OF PROPOSED FACT WITNESSES

COMES NOW, CIBA Specialty Chemical's Corporation ("CIBA"), by counsel, and sets forth its presently proposed list of fact witnesses to testify about, among other things, the indicated subject matter as follows:

RLF1-3267424-1

1.  Dr. James P. Galbo
    CIBA
    To testify, about the subject matter of Declaration submitted as Gugumus Exhibit 20014 in Interference No. 105,262.

2.  Dr. Huayi Tong
    CIBA
    To testify about the subject matter of Declarations submitted as Gugumus Exhibits 2015 and 2016 in Interference No. 105,262.

3.  Sai Ping Shum
    CIBA
    To testify about synthesis of UVASORB HA 88.

4.  Lillibeth Burke
    CIBA
    To testify about NMRs.

5.  Michael Nirsberger
    CIBA
    To testify about FT-IRs.

6.  Bogdan Piatek
    CIBA
    To testify about Mass Spectroscopy.

7.  Perla Wagan
    CIBA
    To testify about TLC.

8.  James Puckett
    CIBA
    To testify about GPC fractions.

9.  Sabina Rauh
    CIBA Spezialitatenchemie, AG
    K25.3.17
    Postfach CH-4002
    Basil, Switzerland
    To testify about involved patent applications.

10. Dr. J.C. Rey
    CIBA Spezialitatenchemie, AG
    K25.3.17
    Postfach CH-4002
    Basil, Switzerland
    To testify about FDA documents.

11. Mr. R. Grüther
    CIBA Spezialitatenchemie, AG

        K25.3.17
        Postfach CH-4002
        Basil, Switzerland
        To testify about FDA documents.

12.    D. Schuemmer
        CIBA Spezialitatenchemie, AG
        K25.3.17
        Postfach CH-4002
        Basil, Switzerland
        Totestify about FDA documents.

Former CIBA Employees:

13.    F. Anna Wang
        10 Cornell Drive
        Bardonia, New York 10954
        845-624-3548
        To testify about Mass Spectroscopy.

14.    Ronald Rodebaugh
        Park Condo
        8-9 Loudon Drive
        Fishkill, New York 12524
        845-896-5714
        To testify about NMRs.

CIBA expressly reserves the right to modify and/or amend this list as discovery proceeds and further facts are developed.

                                /s/
                            Frederick L. Cottrell, III (#2555)
                            (Cottrell@rlf.com)
                            Chad M. Shandler (#3796)
                            (Shandler@rlf.com)

*Of Counsel:*                  Richards, Layton & Finger
Alan E. J. Branigan          One Rodney Square, P.O. Box 551
Brion Heaney                 Wilmington, DE 19899
Richard J. Traverso          (302) 651-7700
Millen White Zelano & Branigan, P.C.   Attorneys for CIBA Specialty Chemicals
2200 Clarendon Blvd.         Corporation
Suite 1400
Arlington, VA 22201
(703) 312-5305

Dated: March 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND**

Joseph Grey
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

I hereby certify that on March 28, 2008, I sent the foregoing document by electronic mail, to the following non-registered participants:

**BY FEDERAL EXPRESS**
Raymond C. Stewart
Quentin R. Corrie
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747

Chad M. Shandler (#3796)
shander@rlf.com