

CHAD M. SHANDLER
Director
302-651-7836
SHANDLER@rlf.com

August 29, 2008

**VIA HAND DELIVERY AND ELECTRONIC FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re: 3V, Inc. v. CIBA Specialty Chemicals Corporation, C.A. No. 06-00593-JJF;
CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00629-JJF;
CIBA Specialty Chemicals Corporation v. 3V, Inc., C.A. No. 06-00672-JJF

Dear Judge Farnan:

We write to respectfully request that Your Honor schedule a status conference at the earliest convenience of the Court. It seems that 3V, Inc. ("3V") has taken the position that its pending motion to dismiss negates the need for it to participate any further in this litigation. However, even if 3V is successful in having its own claims dismissed, its motion does not resolve the claims asserted by CIBA in the consolidated actions. CIBA would like to complete discovery and prepare these consolidated cases for trial. Without 3V's cooperation, however, the dates set forth in the Court's revised scheduling order (D.I. 29 and 30) are in peril. Rather than burden the Court with motions to compel at this time, we thought it would be more efficient to have a brief conference with the Court to discuss certain pretrial matters and to set a trial date.

Respectfully submitted,

/s/ Chad M. Shandler

Chad M. Shandler (#3796)

CS:ps
cc: Clerk of Court (via e-filing)
Joseph Grey, Esq. (via hand delivery)
Alan J. Branigan, Esq. (via electronic mail)