IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3V, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-593-JJF |
| CIBA SPECIALTY CHEMICALS CORP., | : |
| Defendant. | : |
| CIBA SPECIALTY CHEMICALS CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-629-JJF |
| 3V, INC., | : |
| Defendant. | : |
| CIBA SPECIALTY CHEMICALS CORP., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-672-JJF |
| 3V, INC., | : |
| Defendant. | : |

**O R D E R**

In consideration of parties' pending proposed Stipulation To Stay Proceedings (D.I. 48 in C.A. No. 06-593, D.I. 47 in C.A. No. 06-629, D.I. 47 in C.A. No. 06-472) and the August 29, 2008 letter of counsel this matter is STAYED pending a decision on 3V's Motion to Dismiss.

IT IS SO ORDERED this 5th day of September, 2008.

*/s/ Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE